IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RORY V. HOTOMANIE,<br><br>Plaintiff,<br><br>vs.<br><br>ARCHIE ADKINS and MS DIRECTIONAL, LLC, and DOES I-V,<br><br>Defendants. | 1:20-CV-117-BLG-SPW-TJC<br><br>*Consolidated with*<br>*1:20-CV-116-SPW-TJC (Lead Case)*<br><br>ORDER |

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 50), and for good cause appearing,

IT IS HEREBY ORDERED that said Stipulation is GRANTED. The case in 1:20-CV-117-BLG-SPW-TJC is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs.

DATED this 27th day of July, 2021.

SUSAN P. WATTERS
United States District Judge

1